AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**E-filing**

| GERARD LAMAESTRA | ) | |
|---|---|---|
| *Plaintiff* | ) | CV 12 2553 |
| v. | ) Civil Action No. | |
| BERTRAND MANAGEMENT GROUP, LLC, STEVE TAYLOR, and DOES 1 through 20, Inclusive | ) | JSC |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BERTRAND MANAGEMENT GROUP, LLC, 2910 S. ARCHIBALD AVENUE, SUITE A680, ONTARIO, CA 91761

STEVE TAYLOR, 2910 S. ARCHIBALD AVENUE, SUITE A680, ONTARIO, CA 91761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: DELTA LAW GROUP, A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., #119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA 94513
TEL.: 925-516-4686

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: MAY 17 2012

HELEN ALMACEN
*Signature of Clerk or Deputy Clerk*