# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

## RICHARD W. WIEKING
Clerk of the Court

(415) 522-2015

July 30, 2012

To:  **Jim Gerhart Price**
Delta Law Group
6569 Brentwood Blvd
PO Box 1417
Brentwood, CA 94513

**Michael Ignatius Goode**
15615 Alton Parkway, Suite 450
Irvine, Ca 92618

Re: Lamaestra V Bertrand Management Group, LLC, et al. C12-2553 JSC

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Jacqueline Scott Corley.  A hearing has since been scheduled for **August 30, 2012 at 1:30 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636, each party must consent to, or decline to proceed before, Judge Corley.  We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Corley and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form within ten days.

Sincerely,
Richard W. Wieking, Clerk
United States District Court

By:   Ada Means
          Courtroom Deputy