1 | MICHAEL I. GOODE, SBN 76568
Attorney at Law
2 | 15615 Alton Parkway, Suite 450
Irvine, CA 92615
3 | (949)450-1770 (V)
(949)271-6314 (F)
4 | Attorney for Defendant BERTRAND MANAGEMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD LAMAESTRA, | CASE NO: CV 12 2553 |
| Plaintiff | REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY |
| vs. | Hearing Date: August 30, 2012 |
| BERTRAND MANAGEMENT GROUP, LLC, STEVE TAYLOR, and DOES 1 through 20, inclusive, | Time: 1:30 p.m.<br>Magistrate Judge: Jacqueline Scott Corley |
| Defendants. | |

I, Michael I. Goode, declare as follows:

1. I am the attorney or record for Defendants BERTRAND MANAGEMENT GROUP, LLC.

2. My office is located at 15615 Alton Parkway, Suite 450, Irvine, California. My telephone number is (949)450-1770.

3. I am requesting that the Court allow me to appear telephonically on behalf of my clients BERTRAND MANAGEMENT GROUP, LLC, at the Case Management Conference scheduled for August 30, 2012 at 1:30 p.m. in Courtroom F, 15th Floor in front of the Magistrate Judge Jacqueline Scott Corley.

1

REQUEST TO APPEAR TELEPHONICALLY

1  I declare under penalty of perjury under the laws for the State of California that
2  the forgoing is true and correct.
3  Executed on August 1, 2012 in the City of Irvine, California

MICHAEL I. GOODE, Declarant