MICHAEL I. GOODE, SBN 76568
Attorney at Law
15615 Alton Parkway, Suite 450
Irvine, CA 92615
(949) 450-1770 (V)
(949) 271-6314 (F)
Attorney for Defendant BERTRAND MANAGEMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD LAMAESTRA,<br><br>Plaintiff<br><br>vs.<br><br>BERTRAND MANAGEMENT GROUP, LLC, STEVE TAYLOR, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: CV 12 2553<br><br>REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY<br><br>Hearing Date: August 30, 2012<br>Time: 1:30 p.m.<br>Magistrate Judge: Jacqueline Scott Corley |

I, Michael I. Goode, declare as follows:

1. I am the attorney or record for Defendants BERTRAND MANAGEMENT GROUP, LLC.

2. My office is located at 15615 Alton Parkway, Suite 450, Irvine, California. My telephone number is (949) 450-1770.

3. I am requesting that the Court allow me to appear telephonically on behalf of my clients BERTRAND MANAGEMENT GROUP, LLC, at the Case Management Conference scheduled for August 30, 2012 at 1:30 p.m. in Courtroom F, 15th Floor in front of the Magistrate Judge Jacqueline Scott Corley.

I declare under penalty of perjury under the laws for the State of California that the forgoing is true and correct.

Executed on August 1, 2012 in the City of Irvine, California

*[signature]*

MICHAEL I. GOODE, Declarant

Counsel shall contact Court Call at 1-888-882-6878 to make arrangements to appear by telephone.

Dated: 8/2/12

**GRANTED**
*[signature: Jacqueline S. Corley]*
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA