```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
GERARD LAMAESTRA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD LAMAESTRA, | ) CASE NO.: CV 12-2553-JSC |
| | ) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| | ) |
| v. | ) |
| | ) |
| BERTRAND MANAGEMENT GROUP, LLC, | ) |
| STEVE TAYLOR, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

I, MICHELLE BERLIN, declare under penalty of perjury that I am employed in Contra Costa County, in the State of California. I am over the age of 18 years and am not a party to the within entitled action.  My business address is 6569 Brentwood Boulevard, Brentwood, CA  94513.

On August 2, 2012, I served the following document(s):

1

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on interested parties in said action, by place a true copy thereof, enclosed in a sealed envelope address to:

**SEE ATTACHED LIST**

which envelope was then sealed with postage thereon fully prepaid, in the United States mail at Brentwood, California.  I am readily familiar with our business practice for collection and processing of correspondence for mailing and this document will be deposited with the United States Postal Service this date in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct and was executed this 2nd day of August 2012 at Brentwood, California.

/s/ Michelle Berlin
_____
MICHELLE BERLIN

2

**MAILING LIST**

Michael I. Goode, Esq.
15615 Alton Parkway, Suite 450
Irvine, CA   92615