```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
GERARD LAMAESTRA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARD LAMAESTRA, | ) CASE NO.: CV-12-2553-JSC |
| Plaintiff, | ) **ORDER CONTINUING MEDIATION DEADLINE FROM 11/28/12 TO 1/3/13** |
| v. | ) |
| BERTRAND MANAGEMENT GROUP, LLC, STEVE TAYLOR, and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

   Having considered the Joint Stipulation to Continue Mediation Deadline from November 28, 2012 to January 3, 2013, and finding good cause therefore,

///

///

///

ORDER CONTINUING MEDIATION DEADLINE FROM 11/28/12 TO 1/3/13

1 IT IS HEREBY ORDERED that the mediation deadline be
2 continued from November 28, 2012 to January 3, 2013.
3 DATED: November 21, 2012

_____
UNITED STATES DISTRICT COURT JUDGE
Jacqueline Scott Corley

***END OF ORDER***