UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

GERARD LAMAESTRA,

    Plaintiff,

  v.

BERTRAND MANAGEMENT GROUP, et al.,

    Defendants.

No. C 12-2553 JSC

**ORDER RE: ATTENDANCE AT MEDIATION**

Tentative Date: January 3, 2012
Mediator: Lynn Fuller

IT IS HEREBY ORDERED that the request to excuse defendant Bertrand Management Groups's corporate representative from appearing in person at the mediation before Lynn Fuller is GRANTED based on the agreement of the plaintiff's counsel and the mediator. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f), rather than on telephone standby.

If the case does not settle at the mediation, or within a month thereafter, defendant's corporate representative shall appear in person at a second mediation session. Finally, counsel shall review ADR Local Rule 6-10(d) and follow the procedure set forth therein when filing any future attendance request.

IT IS SO ORDERED.

<u>December 11, 2012</u>    By:    *Elizabeth D. Laporte*
Dated                                                    Elizabeth D. Laporte
                                                               United States Magistrate Judge