```
 1  DELTA LAW GROUP
    A PROFESSIONAL LAW CORPORATION
 2  JIM G. PRICE, ESQ., SBN 119324
    6569 BRENTWOOD BOULEVARD
 3  P.O. BOX 1417
    BRENTWOOD, CA  94513
 4  TELEPHONE:  925-516-4686
    FACSIMILE:  925-516-4058
 5
    Attorneys for Plaintiff
 6  GERARD LAMAESTRA

 7
    MICHAEL I. GOODE, ESQ., SBN 76568
 8  ATTORNEY AT LAW
    15615 ALTON PARKWAY, SUITE 450
 9  IRVINE, CA  92615
    TELEPHONE:  949-450-1770
10  FACSIMILE:  949-271-6314

11  Attorneys for Defendant
    BERTRAND MANAGEMENT GROUP, LLC
12

13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16

17  GERARD LAMAESTRA,            ) CASE NO.: CV-12-2553-JSC
                                 )
18          Plaintiff,           ) JOINT CASE MANAGEMENT STATEMENT
                                 )
19  v.                           ) DATE:  1/10/13
                                 ) TIME:  1:30 PM
20  BERTRAND MANAGEMENT GROUP, LLC,) DEPT: Courtroom F, 15th Floor,
    STEVE TAYLOR, and DOES 1      )       (San Francisco)
21  through 20, inclusive,        )
                                 )
22          Defendants.          )
                                 )
23                               )
                                 )
24
25
```

JOINT CASE MANAGEMENT STATEMENT                                    Page 1

1. <u>Jurisdiction and Service</u>: Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d), and 28 U.S.C. § 1367 for supplemental state law claims.

2. <u>Facts</u>: Plaintiff is the son-in-law of a consumer debtor who Defendant was attempting to collect from. Defendant repeatedly telephoned Plaintiff and threatened legal action against him and his property.

3. <u>Legal Issues</u>: Defendant's conduct violated 15 U.S.C. Section 1692 (the Fair Debt Collection Practices Act) and California Civil Code Sections 1788-1788.32 (the Rosenthal Fair Debt Collection Practices Act).

4. <u>Motions</u>: There is a related case in State Court which the parties will stipulate to remove to this Court and consolidate with this case.

5. <u>Amendment of Pleadings</u>: None anticipated.

6. <u>Evidence Preservation</u>: None needed.

7. <u>Disclosures</u>: Disclosures have been made.

8. <u>Discovery</u>: Defendant has taken the depositions of Plaintiff, and Plaintiff will serve written discovery.

9. <u>Class Actions</u>: This is not a class action lawsuit.

10. <u>Related Cases</u>: None.

11. <u>Relief</u>: Statutory penalty of $1,000; attorney's fees to be determined; emotional distress damages to be determined; and punitive damages to be determined.

12. <u>Settlement and ADR</u>:  The parties mediated the case on January 3, 2013, but it did not settle.  The mediator is retaining jurisdiction if there is to be another session.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Plaintiff consented to have a Magistrate Judge conduct all further proceedings.

14. <u>Other References</u>:  Not suitable.

15. <u>Narrowing of Issues</u>:  None at this time.

16. <u>Expedited Trial Procedure</u>:  Will discuss with Defendant's counsel.

17. <u>Scheduling</u>:  Plaintiff will supplement this statement after counsel has conferred with Defendant's counsel.

18. <u>Trial</u>:  Plaintiff will demand jury trial, and it is estimated it will take 3 or 4 days.

///

///

///

///

///

///

///

///

///

///

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: As for the Plaintiff, there are no non-party interested entities or persons.

```
DATED:   January 4, 2013         Respectfully submitted,

                                 DELTA LAW GROUP

                                     /s/ Jim G. Price

                                 BY:_____
                                     JIM G. PRICE
                                     Attorneys for Plaintiff
                                     GERARD LAMAESTRA

DATED:   January 4, 2013

                                 /s/ Michael I. Goode
                                 _____
                                 MICHAEL I. GOODE, ESQ.
                                 Attorneys for Defendant
                                 BERTRAND MANAGEMENT GROUP, LLC
```